THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Elizabeth
 Tillman, Appellant.
 
 
 
 
 

Appeal from Lexington County
Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No. 2010-UP-110
 Submitted January 4, 2010  Filed February
8, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Katherine H. Hudgins,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia, and Solicitor Donald V. Myers, of
 Lexington, for Respondent. 
 
 
 

PER CURIAM:  Elizabeth Tillman appeals her guilty
 plea arguing it was rendered involuntary because the trial judge failed to
 advise that the sentences for each charge could be imposed consecutively.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to
 be relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.